UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

G.D.M., a minor, by and through his
Parents, T.E.M. and N.F.M.,

    Plaintiffs,

v.                          CASE NO.: 6:23-cv-01857-RBD-LHP

CITY OF OVIEDO, a Florida municipal
Corporation; SCOTT MOSELEY; and
YASHIRA MONCADA,

    Defendants.
_____/

**Notice of Pendency of Other Actions**

    In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    None.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

    DATED this 14th day of November 2023.

*s/ Ana Cristina Cuello*
ANA CRISTINA CUELLO, ESQ.
Florida Bar No.: 1010406
*cuello@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida  32792
Telephone:  407-673-5000
*Attorneys for Defendants Moseley and Moncada*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will also serve notice via electronic mail to the following: Andrew M. Moss, Esq., *moss@krmlegal.com*, Kutner, Rubinoff & Moss, LLP, 2665 South Bayshore Drive, Suite 301, Coconut Grove, Florida 33133.

    *s/ Ana Cristina Cuello*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
*poulton@debevoisepoulton.com*
ANA CRISTINA CUELLO, ESQ.
Florida Bar No.: 1010406
*cuello@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792
Telephone: 407-673-5000
Facsimile: 321-203-4304
*Attorneys for Defendants*
*Moseley and Moncada*