UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

G.D.M.,

    Plaintiff,

v.                                                 Case No:   6:23-cv-1857-RBD-LHP

CITY OF OVIEDO, FLORIDA,
SCOTT MOSELEY and YASHIRA
MONCADA,

    Defendants.

---

**ORDER**

On October 3, 2023, the Court issued its standard Initial Order. (Doc. 5). Among other things, the Order directed each party to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days of the date of the order or the date of first appearance. (Doc. 5, p. 1-2.) The Order also directed counsel to file a Notice of Pendency of Other Actions within fourteen days of the date of the order. (Doc. 5, p. 2.) The Plaintiff has yet to submit the filings, even though the deadline has passed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **November 27, 2023,** the Plaintiff is **DIRECTED** to file a Certificate of Interested Persons and Corporate Disclosure Statement and a Notice of Pendency of Other

Actions to comply with the Court's Order (Doc. 5).

      **DONE AND ORDERED** in Chambers in Orlando, Florida, on November 20, 2023.

ROY B. DALTON, JR.
United States District Judge